# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Calvin Garner and Melissa Andrews, *on behalf of themselves and others similarly situated in the proposed FLSA Collective Action*,

Case No.: 1:23-cv-01677-EK-JRC

                          *Plaintiffs*,

**STIPULATION OF DISMISSAL WITH PREJUDICE**

      - against -

Salz Group Taco Bell LLC and Suhail Sitaf,

                          *Defendant*.
-----------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Calvin Garner and Melissa Andrews (the "Plaintiffs") and Defendants Salz Group Taco Bell LLC and Suhail Sitaf (the "Defendants") that the parties' Fair Labor Standards Act Settlement and Release Agreement ("Agreement") having been found to constitute a fair and reasonable compromise of a *bona fide* dispute, this action is dismissed, with prejudice, in its entirety and with no award of attorneys' fees, costs or disbursements to Plaintiffs or Defendants by the Court. Pursuant to the terms of the Agreement, the Court retains jurisdiction over disputes between the parties for purposes of enforcement of the settlement.

                          **[Remainder of Page Intentionally Blank]**

                          **[Signature Page to Follow]**

| | |
|---|---|
| LEVIN-EPSTEIN & ASSOCIATES, PLLC | GORDON & REES LLP |
| By: _____/s/_____<br>Jason Mizrahi, Esq.<br>60 East 42nd Street, Suite 4700<br>New York, NY 10165<br>Tel. No. (212) 792-0048<br>*Attorneys for Plaintiffs* | By: _____<br>David J. Grech, Esq.<br>Mercedes Colwin, Esq.<br>1 Battery Park Plaza, 28th Floor<br>New York, NY 10004<br>Tel. No.: (212) 269-5500<br>*Attorneys for Defendants* |

SO ORDERED THIS _____ DAY OF_____, 2024.


_____
Hon. James R. Cho, U.S.M.J.